**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JONATHAN LEE RICHES,**

    **Plaintiff,**

v.                                                                            Case No.  8:07-cv-1644-T-30TGW

**THERESA MARIE SCHINDLER**
**SCHIAVO a/k/a TERI SCHIAVO;**
**MICHAEL SCHIAVO; ROBERT**
**SCHINDLER; MARY SCHINDLER,**

    **Defendants.**
_____/

# ORDER

THIS CAUSE comes before the Court *sua sponte*.  The Plaintiff has filed a civil rights Complaint against multiple Defendants (Dkt. #1), asserting he is being deprived of proper nutrition by the Bureau of Prisons.  Plaintiff seeks $500,000,000.00 in damages.  The Complaint consists of rambling, disjointed, and meaningless allegations against individual defendants completely unrelated to the Bureau of Prisons.[1]

Pursuant to 28 U.S.C. § 1915A(a), the Court must review a complaint in a civil action "in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity."  The Court must dismiss the complaint if it is "frivolous, malicious, or fails to state a claim for which relief can be granted."  Id. § 1915A(b)(1).  A claim is

---

[1] Plaintiff has named "Theresa Marie Schindler Shiavo a/k/a Teri Shiavo, Michael Schiavo, Robert Schindler, and Mary Schindler" as Defendants.  The Court notes that Plaintiff has filed a similar frivolous action against Elvis Presley and Neverland Ranch in Case No. 6:07-cv-1378.

frivolous if it is without arguable merit either in law or fact. Bital v. Driver, 251 F.3d 1346, 1349 (11th Cir. 2001). Furthermore, frivolous claims include claims "describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar." Neitzke v. Williams, 490 U.S. 319, 328 (1989).

Plaintiff's Complaint includes numerous claims describing fantastic and delusional scenarios[2]. As the Complaint is frivolous and utterly devoid of merit, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 18, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1644.order dismissing case.frm

---

[2] Plaintiff's Complaint asserts that Teri Schiavo's feeding tube diverted food from his stomach, that seagulls and crows laugh at him on the defendants' orders, and that Michael Schiavo and Tampa Bay Devil Rays baseball players will drown him at Clearwater Beach once he is released from prison.